### KNOWLTON BROS. v. NEW YORK AIR BRAKE CO.

(Supreme Court, Appellate Division, Fourth Department. July 7, 1915.)

Appeal from Special Term, Jefferson County.

Action by Knowlton Bros. against the New York Air Brake Company. Judgment for plaintiffs, and defendant appeals. Reversed, and new trial granted.

Argued before KRUSE, P. J., and ROBSON, FOOTE, LAMBERT, and MERRELL, JJ.

PER CURIAM. Judgment reversed, and new trial granted before another referee, with costs to appellant to abide the final award of costs, upon the opinion of FOOTE, J., in the case of Knowlton Bros. v. New York Air Brake Co. et al., 154 N. Y. Supp. 675, handed down herewith.